UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>LAQUAN JAMIL ABDUL-RAHIM,<br><br>        Defendant(s).<br>                                                        / | No. CR 07-0047  MHP<br><br>**ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Joseph O'Sullivan. The United States was represented by Assistant United States Attorney Derek Owens.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 1: Violation of General Condition which states that defendant shall not commit another federal, state, or local crime in that on January 14, 2008, the defendant was found in possession of multiple weapons, after a US Probation Officer search of defendant's residence, and vehicle.

Charge 2: Violation of Special Condition which states the defendant shall not be in possess, or have under control, or have access to weapons/ammunition in that on January 14, 2008, the defendant was found in possession of multiple weapons, after a US Probation Officer search of defendant's residence, and vehicle.

Charge 3: Violation of Standard Condition Seven which states that defendant shall not purchase, possess, use, distribute, or administer any controlled substance in the on January 14, 2008, defendant was found in possession of 19.61 grams of cocaine base, after a US Probation Officer search of defendant's residence, and vehicle.

Charge 4: Violation of General Condition which states that defendant shall not commit another federal, state, or local crime in that on January 14, 2008, the defendant was found in possession of 19.61 grams of cocaine base, after a US Probation Officer search of defendant's residence, and vehicle.

\\
\\
\\
\\
\\

Based on the foregoing,

IT IS ADJUDGED that supervised release is hereby REVOKED, and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of twenty-seven (27) months, to be served concurrently to the sentence imposed on CR 08-0191 MHP, USA -v- Laquan Abdul-Rahim.

Dated: 4/30/2009

MARILYN HALL PATEL
United States District Court